# EXHIBIT C

**Dwight McKenna, M.D.**
**7/27/2018**

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DENISE TREPAGNIER           NO. 3:16-cv-00615
vs.
ALIMAK HEK, INC., ET AL     JUDGE:   BARBOUR

  Video deposition of DWIGHT MC KENNA, M.D., taken on FRIDAY, July 27, 2018, in the law office of THE CHOPIN LAW FIRM, 650 Poydras Street, Suite 1550, New Orleans, Louisiana.

REPORTED BY:

JAN I. SCHMIDT, CCR
Certified Court Reporter

```
 1   A    No.  I said that all along she was
 2   disabled.
 3   Q    Well, you said that she was unable to
 4   return to work, but you never actually used
 5   the term disabled.
 6   A    I don't think that's correct.  The
 7   patient remains disabled and unable to work.
 8   I think you can see that throughout.
 9   Q    I apologize, I may have had that wrong.
10   A    Yes.
11   Q    It was the first time that you referred
12   to her as being disabled for life?
13   A    Yes.  And her life disability,
14   certainly after the kidney cancer.  Now when
15   I look at the patient with all of the things
16   I know, one kidney gone, surgery on the
17   other kidney, depression, some fairly
18   significant cervical disc disease, other
19   complaints, that she's not going to work
20   again.  That was my opinion.
21   Q    And to be sure, this opinion did not
22   arise until after the report of kidney
23   cancer to you?
24   A    Yes.  I think that she may have been
25   able to go back to work later on, but in the
```